**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ramy S. Tantawy,<br><br>    Plaintiff,<br><br>v.<br><br>The U.S. Department of Homeland Security, et al.<br><br>    Defendants. | NO. CIV 07-0154-SMM<br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Stipulation of Voluntary Dismissal filed by the parties (Doc. 9 ) and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice. All parties to bear their own costs and fees.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference set for **August 13, 2007 at 10:00am** is hereby **VACATED**.

DATED this 9th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge